Abraham C. Simpson #1262181
Name and Inmate Booking Number

ELY State Prison
Place of Confinement

P.O. Box 1989
Mailing Address

ELY, NV 89301
City, State, Zip Code



___Filed ___Received ___Entered ___Served On
Counsel/Parties of Record

JAN 28 2025

Clerk US District Court
District of Nevada
By:_____ Deputy

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Abraham Clifton Simpson,
                                    Plaintiff

vs.

(1) The State of Nevada,

(2) C.O. Garcia,

(3) C.O. Cornutt,

(4) Jane Doe Nurse #1,

(5) Jhon Doe C.O. #1,
                                    Defendant(s).

Case No. 3:24-CV-00501-MMD-CSD
(To be supplied by Clerk of Court)

**CIVIL RIGHTS COMPLAINT
BY AN INMATE**

☐ Original Complaint
☑ First Amended Complaint
☐ Second Amended Complaint

☐ Jury Trial Demanded

## A. JURISDICTION

1) This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971)
   ☐ Other: _____

2) Institution/city where Plaintiff currently resides: ELY State Prison ELY, NV 89301

3) Institution/city where violation(s) occurred: ELY State Prison ELY, NV 89301

## B. DEFENDANTS

1. Name of first Defendant: __The State Of Nevada__. The first Defendant is employed as: __N/A__ at __N/A__.
   (Position of Title)        (Institution)

2. Name of second Defendant: __C.O. Garcia__. The second Defendant is employed as: __Senior Corrections officer__ at __Ely State Prison__.
   (Position of Title)        (Institution)

3. Name of third Defendant: __C.O. Cornutt__. The third Defendant is employed as: __Senior Corrections officer__ at __Ely State Prison__.
   (Position of Title)        (Institution)

4. Name of fourth Defendant: __Jane Doe nurse #1__. The fourth Defendant is employed as: __nurse at Ely State Prison__ at __Ely State Prison__.
   (Position of Title)        (Institution)

5. Name of fifth Defendant: __Jhon Doe C.O. #1__. The fifth Defendant is employed as: __Corrections officer__ at __Ely State Prison__.
   (Position of Title)        (Institution)

If you name more than five Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. NATURE OF THE CASE

Briefly state the background of your case.

I am amending my original complaint. I need help I am super sick I have been sick back to back 3 times I am not recieving medical care I am being refused medical I need a doctor

2

D.   CAUSE(S) OF ACTION

CLAIM 1

1. State the constitutional or other federal civil right that was violated: <u>I am not sure</u>

2. **Claim 1.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☑ Medical care
   - ☐ Mail
   - ☐ Disciplinary proceedings
   - ☐ Exercise of religion
   - ☐ Property
   - ☐ Access to the court
   - ☐ Excessive force by officer
   - ☑ Retaliation
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Date(s) or date range** of when the violation occurred: <u>1-22-25 / 1-23-25</u>.

4. **Supporting Facts**: State as briefly as possible the FACTS supporting Claim 1. Describe exactly what **each specific defendant (by name)** did to violate your rights. State the facts clearly in your own words without citing legal authority or argument.

On the afternoon of 1-22-25 I asked corrections officer Garcia & Cornutt to call me a mandown due to the fact that I've been sick 3 times in the past 22 days since the year begun I used to be 205 LBS I am now 160 LBS my testicals ache my bones ache and my joints keep popping. Also I believe I am being made sick because of the food and presurized water what we are eating is not part of the menu and everytime a incident occurs somewhere in the prison the hot water is turned off so we have ice cold water only then its turned on anywhere from 1-7 days later the hot water rushes into the pipes and steam is trapped in the pipes presurizing the water making people including me sick they may also be contaminating the food. I was refused a mandown by C.O.'s Garcia & Cornutt and when I refused to go to my cell I was threatned by Garcia from the bubble window with the pepper gun and phyisically approached in a menacing way by C.O. Cornutt until I went to my cell with no medical help they said I would be seen by the (provided) doctor today which was a lie I need help I feel like I'm dying I believe they are not helping me because of this lawsuit

3

Claim 1 extended

~~MEMORANDUM OF POINTS AND AUTHORITIES~~

Please have me transferred I had an actual situation happen here I do not want to be here I don't feel safe and I need help please help me. I was in so much pain I was crying and the night of 1-22-25 C.O. Jhon doe #1 refused me another man down I am in Pain I need medical attention I don't want to be here again please help me. As of 1-23-25 I refused both dinner and breakfast trays which I did not eat the lunchsack was thrown into my cell which I did not eat. all of this is occuring at ELY state Prison Unit 5B I am in cell #34 my testiculs are not sore themselves its the strings on top I can feel the pain in my pelvis

2

/

### E.    PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while incarcerated?        ☐ Yes    ☑ No

2. Has this Court or any other court designated you as subject to "three strikes" under 28 U.S.C. § 1915(g)?    ☐ Yes    ☑ No

3. If you have "three strikes" under 28 U.S.C. § 1915(g), does this complaint demonstrate that you are "under imminent danger of serious physical injury?"    ☑ Yes    ☐ No

### F.    REQUEST FOR RELIEF

I believe I am entitled to the following relief: I am now asking that criminal charges be added to my relief for this civil lawsuit case number 3:24-cv-00501-MMD-cSD I want to press charges for this case due to the ongoing retaliation and foulness of the whole situation

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. **I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.** *See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.

_____    [signature]
(name of person who prepared or helped    (signature of plaintiff)
prepare this complaint if not the plaintiff)

1-23-25
(date)

### ADDITIONAL PAGES

You must answer all questions concisely in the proper space on the form. Your complaint may not be more than 30 pages long. It is not necessary to attach exhibits or affidavits to the complaint or any amended complaint. Rather, the complaint or any amended complaint must sufficiently state the facts and claims without reference to exhibits or affidavits. If you need to file a complaint that is more than 30 pages long, you must file a motion seeking permission to exceed the page limit and explain the reasons that support the need to exceed 30 pages in length.

Abraham C. Simpson #1262181
Ely State Prison
P.O. Box 1989
Ely, NV 89301

Filed ___ Received ___ Entered ___ Served On
Counsel/Parties of Record

JAN 28 2025

Clerk US District Court
District of Nevada

By: _____ Deputy

8950182195 C091

Debra K. Kempi
U.S. district court office of the clerk
400 S. Virginia Street, Room #301
Reno, NV 89501