UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ABRAHAM C. SIMPSON,

                Plaintiff,

v.

DAVID DRUMMOND, *et al.*,

                Defendants.

3:24-cv-00501-MMD-CSD

**ORDER RE: SERVICE OF PROCESS**

    The Office of the Attorney General did not accept service of process on behalf of Defendants **Robert Pyle, Kiera Garza-Alvarez, Wendy Pomeroy,** and **Yanet Suiero-Rodriguez**. (ECF No. 19.) However, the Attorney General has filed the last known addresses of these Defendants under seal. (ECF No. 20.)

    The Clerk shall ISSUE summonses for **Robert Pyle, Kiera Garza-Alvarez, Wendy Pomeroy,** and **Yanet Suiero-Rodriguez** and send the same to the U.S. Marshal with the addresses provided under seal. (ECF No. 20.) The Clerk shall also SEND sufficient copies of the Third Amended Complaint (ECF No. 9), the screening order (ECF No. 11), and this order to the U.S. Marshal for service on the Defendants listed above**.** The court will separately provide to the U.S. Marshal completed USM 285 forms for the Defendants.

    Plaintiff is reminded that **January 13, 2026,** is the deadline to complete service of process pursuant to Fed. R. Civ. P. 4(m).

    **IT IS SO ORDERED.**

    DATED: November 6, 2025.

                                            Craig S. Denney
                                            United States Magistrate Judge