# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ABRAHAM C. SIMPSON,

    Plaintiff

v.

DAVID DRUMMOND, et al.,

    Defendants

Case No.: 3:24-cv-00501-MMD-CSD

**Order**

Under Local Rule IA 3-1, an attorney or pro se party must *immediately* file with the court written notification of any change of mailing address.

A summons was returned as executed on December 5, 2025 (ECF No. 25); however, the summons was returned as undeliverable to Plaintiff with a notation that Plaintiff is no longer at ESP. (ECF No. 26.) A review of the Nevada Department of Corrections inmate database reveals Plaintiff is housed at High Desert State Prison (HDSP).

The Clerk shall **SEND** a copy of this Order to Plaintiff at HDSP.

Plaintiff shall file a notice of change of address within **21 days** of the date of this Order. A failure to comply with this Order may result in dismissal of the action or other sanction deemed appropriate by the court. LR IA 3-1.

**IT IS SO ORDERED**.

Dated: December 10, 2025

                                                 Craig S. Denney
                                                 United States Magistrate Judge