# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ABRAHAM C. SIMPSON,

                                 Plaintiff,

     v.

DAVID DRUMMOND, *et al.*,

                                 Defendants.

3:24-cv-00501-MMD-CSD

**ORDER**

Re:  ECF No. 37

Before the court is Plaintiff's Request for Production of Documents. (ECF No. 37.)  Plaintiff is advised that discovery papers and discovery documents are not to be filed unless ordered by the court.  LR 26-7.  The exception to this rule would be if the discovery is the subject of and is appended to a discovery motion, response or reply.

Therefore, Plaintiff's Request for Production of Documents (ECF No. 37) is **STRICKEN** from the court's docket.

**IT IS SO ORDERED.**

DATED:  February 24, 2026.

_____
Craig S. Denney
United States Magistrate Judge