**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ABRAHAM C. SIMPSON,

Plaintiff

v.

DAVID DRUMMOND, et al.,

Defendants

Case No.: 3:24-cv-00501-MMD-CSD

**Order**

Re: ECF No. 42

Good cause appearing, Defendants' motion for extension of time to file dispositive motions (ECF No. 42) is GRANTED. The parties will have until October 26, 2026, to file any dispositive motions in this case.

**IT IS SO ORDERED**.

Dated: September 8, 2026

Craig S. Denney
United States Magistrate Judge